IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RANDY IRELAND, et. al., | CASE NO. 5:12-cv-02991 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CENTRALBANC MORTGAGE CORPORATION, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 34), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for October 12, 2012, is CONTINUED to **January 18, 2013, at 10:00 a.m.** The parties shall file an updated Joint Case Management Conference Statement on or before **January 11, 2013.**

The court also schedules a hearing on an anticipated Motion to Dismiss the Second Amended Complaint for **December 7, 2012, at 9:00 a.m.** The motion shall be filed and noticed consistent with the provisions of Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: October 10, 2012

EDWARD J. DAVILA
United States District Judge